JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.B and P.B., a minor child by and through his mother, M.B.<br><br>Plaintiffs,<br><br>vs.<br><br>SADDLEBACK VALLEY UNIFIED SCHOOL DISTRICT,<br><br>Defendant. | CASE NO. 8:19-cv-1239-AB-GJSx<br><br>[~~PROPOSED~~] ORDER GRANTING PARTIES' JOINT REQUEST FOR DISMISSAL |

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties. The Clerk is directed to close the file.

IT IS SO ORDERED.

Dated: June 26, 2020

_____
Hon. André Birotte Jr.